UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BRADLEY SIMMONS,<br>　　Plaintiff, | )<br>)<br>) |
| v. | ) Case No. 25-cv-01240<br>) |
| DAVE TYRIQUE et al.,<br>　　Defendant. | )<br>)<br>) |

## ORDER

**COLLEEN R. LAWLESS, United States District Judge:**

Before the Court is a Complaint (Doc. 1) under 42 U.S.C. § 1983 filed by Plaintiff Bradley Simmons.

Title 28 U.S.C. § 1391(b) guides the proper venue for federal civil rights actions filed under 42 U.S.C. § 1983. As provided, § 1983 suits may be brought only in (1) the judicial district where any defendant resides if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or (3) a judicial district in which any defendant may be found if there is no district in which the action may otherwise be brought. 28 U.S.C § 1391(b).

Plaintiff is incarcerated at Chester Mental Health Center, and his pleading alleges constitutional violations in that facility, located in Randolph County, which lies within the jurisdiction of the United States District Court for the Southern District of Illinois. *See* 28 U.S.C. 93(c) (listing the Illinois counties that comprise the Southern District of Illinois). Accordingly, the Court finds that venue lies in the Southern District of Illinois, and it is

in the interests of justice that this cause is transferred to that district. *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."); 28 U.S.C. § 1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought….").

**IT IS THEREFORE ORDERED:**

**In the interest of justice and for the parties' convenience, this Court transfers this suit under §§ 1406(a) and 1404(a) to the United States District Court for the Southern District of Illinois for whatever action(s) the transferee court deems appropriate.**

Entered June 17, 2025.

s/ *Colleen R. Lawless*
_____
**COLLEEN R. LAWLESS**
**UNITED STATES DISTRICT JUDGE**
